IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRI-CITIES HOLDINGS LLC, JANE DOE NOS. 1-2, AND JOHN DOE NOS. 1-6, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:12-cv-00669 |
| v. | ) ) ) | Judge Haynes |
| TENNESSEE HEALTH SERVICES AND DEVELOPMENT AGENCY; CITY OF JOHNSON CITY, TENNESSEE, JOHNSON CITY BOARD OF COMMISSIONERS, AND JOHNSON CITY BOARD OF ZONING APPEALS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**NOTICE OF SPECIAL APPEARANCE**
_____

Pursuant to Local Rule 83.01(f), Sue A. Sheldon, Senior Counsel with the Tennessee Office of the Attorney General, hereby gives notice that she will appear specially and represent the state defendant, Tennessee Health Services and Development Agency, as counsel of record in this cause of action.

    Respectfully submitted,

    ROBERT E. COOPER, JR.
    Attorney General and Reporter

    s/Sue A. Sheldon
    SUE A. SHELDON (TN BPR # 015295)
    Senior Counsel
    Office of the Tennessee Attorney General
    P. O. Box 20207

Nashville, Tennessee  37202
(615) 741-2640
Sue.sheldon@ag.tn.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record through the Electronic Filing System on this 30th day of July, 2013:

Rick Piliponis, Esq.
116 Third Avenue, South
Nashville, Tennessee 37201

James A. Dunlap Jr., Esq.
James A. Dunlap Jr. & Assoc. LLC
801 West Conway Drive NW
Atlanta, Georgia 30327

K. Erickson Herrin
HERRIN, BOOZE & McPEAK
515 E. Unaka Avenue
Johnson City, Tennessee 37601

 s/Sue A. Sheldon
SUE A. SHELDON

2

Case 2:13-cv-00305-JRG-MCLC   Document 22   Filed 07/30/13   Page 2 of 2   PageID #: 514