# Plaintiffs' Exhibit Directory

| | |
|---|---|
| Exhibit A-1 | Johnson City Attorney James Epps Letter to Tennessee Heath Services and Development Agency dated March 12, 2013. |
| Exhibit A | Tri-Cities Holdings LLC's Notice of Intent to File for a Certificate of Need for Methadone Clinic in Johnson City dated March 4, 2013 |
| Exhibit B | Johnson City Zoning Ordinance Definition of Methadone Treatment Clinic |
| Exhibit C | Johnson City Zoning Ordinance Related to Methadone Treatment Clinics |
| Exhibit D | Johnson City Zoning Map Showing the Subject Property, 4 Wesley Court |
| Exhibit E | Johnson City Zoning Ordinance Definition of Arterial Street |
| Exhibit F | Satellite Image of Subject Property, 4 Wesley Court |
| Exhibit G | Johnson City Zoning Ordinance Related to Special Exception Permits |
| Exhibit H | Johnson City Zoning Ordinance Definitions |
| Exhibit I | Tri-Cities Letter to Johnson City Attorney James Epps dated March 15, 2013. |
| Exhibit J | Tri-Cities Holdings LLC's Request for Zoning Variance and Accommodation under ADA |
| Exhibit K | Johnson City Zoning Map And Johnson City Zoning Ordinance (Complete) |
| Exhibit L | April 9, 2013 Johnson City Board of Zoning Appeals Hearing on TCH Application of Zoning Variances |
| Exhibit M | Newspaper Articles and University of Tennessee Municipal Technical Advisory Service Memo |
| Exhibit N | Tennessee Health Services and Development Agency Criteria for Certificate of Need |
| Exhibit O | Tennessee Health's Guidelines for Growth |
| Exhibit P | Washington County, Tennessee, No. 13-03-20, Resolution Opposing Methadone Clinic |

# Plaintiffs' Exhibit Directory

| | |
|---|---|
| Exhibit Q | Articles on Public Opposition to Methadone Clinics |
| Exhibit R | Prescription Drugs: Abuse and Addiction—National Institute on Drug Abuse (2011) |
| Exhibit S | 20 Questions and Answers Regarding Methadone Maintenance Treatment Research--National Institute on Drug Abuse (2013) |
| Exhibit T | Influence of Distance on Mental Health Aftercare—Addictive Behaviors (2003) |
| Exhibit U | Study of Crime Near Methadone Clinics—University of Maryland Medical School (2011) |
| Exhibit V | Suboxone Label Information from U.S. Food and Drug Administration |
| Exhibit W | Methadone Maintenance Treatment – Center for Disease Control (2012). |
| Exhibit X | Methadone Treatment For Opiate Addiction Lowers Health Care Costs And Reduces Arrests And Convictions –Washington State Department of Social and Health Services (2004). |
| Exhibit Y | Populations at Risk for Opioid Overdose—National Center for Injury Prevention and Control (2012) |
| Exhibit Z | Prescription Drug Abuse and the Pill Pipeline in Appalachia—Assoc. Professor Robert Pack, East Tennessee State University (2005). |
| Exhibit BB | Epidemic of Prescription Opiate Abuse and Neonatal Abstinence—Journal of the American Medical Association (2012). |
| Exhibit CC | Tennessee Governor's Safety Subcabinet Working Group Presentation Prescription Drug Abuse in Tennessee (2012) |

# Plaintiffs' Exhibit Directory

| | |
|---|---|
| Exhibit DD | Plaintiffs' Letter to HSDA Requesting Reasonable Modification dated June 18, 2013 |
| Exhibit EE | Plaintiffs' Letter to HSDA Requesting Reasonable Modification dated June 28, 2013 |
| Exhibit FF | Testimony of Testimony of Dr. Robert G. Newman, M.D., M.P.H., May 24, 2013 |
| Exhibit GG | Testimony of Testimony of Steven Neilson, May 24, 2013 |
| Exhibit HH | Testimony of Testimony of Steve Kester, May 24, 2013 |
| Exhibit JJ | Testimony of Testimony of Dr. Stephen Loyd, May 24, 2013 |
| Exhibit KK | Resume of Dr. Robert G. Newman, M.D., M.P.H. |
| Exhibit LL | Ordinance No. 3899—Amendment to Johnson City Methadone Clinic Zoning Requirements, passed October 17, 2002. |
| Exhibit MM | Johnson City Zoning Map |
| Exhibit NN | Tri-Cities Holdings LLC Application for a Certificate Need |
| Exhibit OO | U.S. Department of Health and Human Services "Methadone Can Save Your Baby's Life" |
| Exhibit PP | Threat of Violence Against Steve Kester in Commentary Section, *Johnson City Press*, July, 2012. |
| Exhibit QQ | Medical Groups Oppose Proposed Johnson City Methadone, *Kingsport Times-News*, April 15, 2002. |
| Exhibit RR | *Johnson City Press* News Story on Fatal Crash, June 29, 2013 |

**Plaintiffs' Exhibit Directory**

| | |
|---|---|
| Exhibit SS | National Institute on Drug Abuse Director Letter to Dr. Robert G. Newman dated June 28, 2000. |
| Exhibit TT | HSDA Hearing on TCH Application for Certificate of Need, June 26, 2013 |

Case 2:13-cv-00305-JRG-MCLC   Document 40-1   Filed 08/28/13   Page 4 of 4   PageID #: 690