# EXHIBIT DD

Law Offices
**James A. Dunlap Jr. & Associates LLC**
310 Windsor Gate Cove NE
Atlanta, Georgia 30342

Phone: (404) 354-2363
Fax: (404) 745-0195

E-mail:
jim@jamesdunlaplaw.com

June 18, 2013

VIA CERTIFIED MAIL

Melanie M. Hill, Executive Director
Tennessee Health Services and Development Agency
Frost Building, 3rd Floor
161 Rosa L. Parks Boulevard
Nashville, TN 37243

Re: **Application for Certificate of Need**
**Applicant: Tri-Cities Holdings LLC d/b/a Trex Treatment Center**
**Application No. CN1303-005**

Dear Ms. Hill:

    I represent Tri-Cities Holdings LLC d/b/a Trex Treatment Center, the above-captioned applicant. First, on behalf of my client, thank you for the opportunity to work with the professionals we have dealt with at your department during this process. It has been a pleasure to work these highly competent people.

    In addition, I also represent eight (8) residents of the Johnson City, Tennessee area who are addicted to opiates and who are recognized as disabled under federal law, including the Americans with Disabilities Act ("ADA") and the Rehabilitation Act of 1973 ("RA"). My clients express tremendous gratitude for the possibility of a methadone treatment facility to be located in Johnson City. This proposed clinic will save my disabled clients--along with hundreds of other similarly disabled area residents -- enormous amounts of driving, as often as daily, which they now must travel to distant out-of-state clinics for their doctor-prescribed, lifesaving methadone treatment.

    I would note that these disabled Johnson City area residents include opiate-addicted pregnant women and their unborn babies. Methadone maintenance treatment is the long-accepted "standard of care" for opiated-addicted pregnant women because it offers by far the highest treatment retention rate – and lowest relapse rate-- of any opiate addiction treatment. As such, methadone provides mothers with by far the lowest risk of fetal death due to relapse or withdrawal. It will be of tremendous help to my clients and others, including opiate-addicted pregnant

women and their unborn babies, if this "standard of care" treatment becomes available in the Johnson City area.

My clients believe that Tri-Cities Holding LLC's application is a strong one, that it satisfies the requirements of need, economic feasibility, and orderly development, and that it will be approved. However, should your department, or the panel, not be inclined to approve the application at any time including at the hearing on June 26, 2013, my clients respectfully ask that any deficiencies be identified and Tri-Cities Holdings LLC be provided all reasonable accommodations or modifications to any and all applicable rules and requirements necessary to enable its application to be approved as required by the ADA and the RA. This will, in turn, enable my opiate-addicted clients to be afforded reasonable access to doctor-prescribed, life-saving methadone—a "standard of care" medication that Tri-Cities Holdings is applying for permission to dispense in Johnson City and which, if approved, would be the only such facility within 50 miles of Johnson City.

Presently, my disabled clients must drive more than 100 miles roundtrip each time they need to receive life-saving, doctor-prescribed methadone to treat their opiate addiction. Tri-Cities Holdings LLC's clinic in this area will be a life-saver to them in that it will reduce the enormous distances they must drive as often as daily – and the enormous toll such driving takes in the form of time and expense away from family and work--for treatment of their disability recognized under the ADA and the RA.

Again, thank you and it has been a pleasure working with the highly competent staff at your department.

Sincerely,
James A. Dunlap Jr. & Associates LLC

James A. Dunlap Jr.

JAD/jd