A. Construction and equipment acquired by purchase:

| | | |
|---|---|---|
| 1. | Architectural and Engineering Fees | $25,000 |
| 2. | Legal, Administrative (Excluding CON Filing Fee), Consultant Fees | 30,000 |
| 3. | Acquisition of Site | |
| 4. | Preparation of Site | 160,000 |
| 5. | Construction Costs | |
| 6. | Contingency Fund | |
| 7. | Fixed Equipment (Not included in Construction Contract) | |
| 8. | Moveable Equipment (List all equipment over $50,000) | 23,500 |
| 9. | Other (Specify) Office furniture, computers, etc. | 20,000 |

B. Acquisition by gift, donation, or lease:

| | | |
|---|---|---|
| 1. | Facility (inclusive of building and land) | $320,000 |
| 2. | Building only | |
| 3. | Land only | |
| 4. | Equipment (Specify)_____ | |
| 5. | Other (Specify) Patient software | 8,500 |

C. Financing Costs and Fees:

| | | |
|---|---|---|
| 1. | Interim Financing | |
| 2. | Underwriting Costs | |
| 3. | Reserve for One Year's Debt Service | |
| 4. | Other (Specify) Operating loss carry | $80,000 |

D. Estimated Project Cost
(A+B+C) — $667,000

E. CON Filing Fee — $3,000

F. Total Estimated Project Cost
(D+E)

TOTAL — $670,000

2-9A

PROJECTED DATA CHART
2013 MAR 28  AM 10 19

Give information for the two (2) years following the completion of this proposal.  The fiscal year begins in _January__ (Month).

|  |  | Year 2014_ | Year_2015_ |
|---|---|---|---|
| A. | Utilization Data (Specify unit of measure) | 530 avg. pts._ | 1,056 avg. pts. |
| B. | Revenue from Services to Patients |  |  |
| | 1.  Inpatient Services |  |  |
| | 2.  Outpatient Services | $1,782,14__ | $3,903,715 |
| | 3.  Emergency Services | | |
| | 4.  Other Operating Revenue (Specify)_____ | | |
| | **Gross Operating Revenue** | $1,782,144 | $3,903,715 |
| C. | Deductions from Gross Operating Revenue | | |
| | 1.  Contractual Adjustments | $_____ | $_____ |
| | 2.  Provision for Charity Care | __35,643 | _78,074_ |
| | 3.  Provisions for Bad Debt | __17,821__ | _39,037___ |
| | **Total Deductions** | $_53,464_ | $_117,111_ |
| **NET OPERATING REVENUE** | | $1,728,680 | $3,786,604_ |
| D. | Operating Expenses | | |
| | 1.  Salaries and Wages | $780,000 | $1,573,135 |
| | 2.  Physician's Salaries and Wages | _144,000_ | _144,000_ |
| | 3.  Supplies | _579,750_ | _767,972_ |
| | 4.  Taxes | ___5,092_ | _435,719_ |
| | 5.  Depreciation | __25,000_ | __25,000__ |
| | 6.  Rent | __67,200_ | __67,200__ |
| | 7.  Interest, other than Capital | | |

30

2013 MAR 28  AM 10 20

| | | | |
|---|---|---|---|
| 8. | Management Fees: | | |
| | a. Fees to Affiliates | _____ | _____ |
| | b. Fees to Non-Affiliates | _____ | _____ |
| 9. | Other Expenses – Specify on Page 32 | _120,000 | _120,000_ |
| | **Total Operating Expenses** | **$1,721,042_** | **$3,133,026_** |
| E. | Other Revenue (Expenses) -- Net (Specify)_____ | $_____ | $_____ |
| | **NET OPERATING INCOME (LOSS)** | **$7,638____** | **$653,578__** |
| F. | Capital Expenditures | | |
| | 1. Retirement of Principal | $_____ | $80,000_ |
| | 2. Interest | _____ | __8,000__ |
| | **Total Capital Expenditures** | **$_____** | **$88,000_** |
| | **NET OPERATING INCOME (LOSS)** | | |
| | **LESS CAPITAL EXPENDITURES** | **$7,638____** | **$565,578__** |

## HISTORICAL DATA CHART-OTHER EXPENSES

2013 MAR 28 AM 10 20

| OTHER EXPENSES CATEGORIES | Year_NA_ | Year_NA_ | Year_NA__ |
|---|---|---|---|
| 1. | $_____ | $_____ | $_____ |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| **Total Other Expenses** | $_____ | $_____ | $_____ |

## PROJECTED DATA CHART-OTHER EXPENSES

| OTHER EXPENSES CATEGORIES | Year_2014_ | Year_2015 |
|---|---|---|
| 1. Utilities | $24,000_ | $24,000_ |
| 2. Insurance | _54,000__ | _54,000 |
| 3. Travel and other | _42,000_ | _42,000_ |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| **Total Other Expenses** | $120,000__ | $120,000_ |

2. Identify the funding sources for this project.

2013 MAR 25 PM 12 07

Please check the applicable item(s) below and briefly summarize how the project will be financed. *(Documentation for the type of funding MUST be inserted at the end of the application, in the correct alpha/numeric order and identified as Attachment C, Economic Feasibility-2.)*

☐ A. Commercial loan—Letter from lending institution or guarantor stating favorable initial contact, proposed loan amount, expected interest rates, anticipated term of the loan, and any restrictions or conditions;

☐ B. Tax-exempt bonds--Copy of preliminary resolution or a letter from the issuing authority stating favorable initial contact and a conditional agreement from an underwriter or investment banker to proceed with the issuance;

☐ C. General obligation bonds—Copy of resolution from issuing authority or minutes from the appropriate meeting.

☐ D. Grants—Notification of intent form for grant application or notice of grant award; or

☑ E. Cash Reserves—Appropriate documentation from Chief Financial Officer.

☐ F. Other—Identify and document funding from all other sources.

Cash Reserves of the Applicant. See Attachment C, Economic Feasibility-2.

**3.      Discuss and document the reasonableness of the proposed project costs. If applicable, compare the cost per square foot of construction to similar projects recently approved by the Health Services and Development Agency.**

These costs were developed with the Applicant's experience of having opened 9 NRMTFs in 4 states. In every case, the projects involve standard work elements:

- Adding and modifying offices, including wall construction and moving, adding electrical, phones, cable and security, reconfiguring heating and air conditioning systems, etc.
- Adding workrooms unique to NRMTFs such as dosing windows, pharmacy, and payment/check-in areas
- Outfitting the offices with desks, computers, phones, etc.
- Installing patient and accounting software systems unique to NRMTFs

**4.      Complete Historical and Projected Data Charts on the following two pages--Do not modify the Charts provided or submit Chart substitutions! Historical Data Chart represents revenue and expense information for the last three (3) years for which complete data is available for the institution. Projected Data Chart requests information for the two (2) years following the completion of this proposal. Projected Data Chart should reflect revenue**

and expense projections for the Proposal Only (i.e., if the application is for additional beds, include anticipated revenue from the proposed beds only, not from all beds in the facility).

See page that follows

Notes to Project Data Chart:

- CARF accreditation and material costs are included in Other Expenses
- Of the 530 patients during the first year, Applicant's assumptions for initial treatment are:
  - Methadone:                          73%, or 387
  - Buprenorphine-based treatment:      25%, or 133
  - Abstinence-based treatment:          2%, or 10
- Applicant was asked to provide Historical Data Chart for the last three years for a center in Asheville, NC.  Applicant is a currently a shareholder of the company and not an officer or member of management, and as such does not have access to this information.

### HISTORICAL DATA CHART

2013 MAR 25  PM 12 07

Give information for the last *three (3)* years for which complete data are available for the facility or agency. The fiscal year begins in _____ (Month).

| | Year | Year | Year |
|---|---|---|---|
| A. Utilization Data (Specify unit of measure) | N/A | N/A | N/A |
| B. Revenue from Services to Patients | | | |
|   1. Inpatient Services | $ | $ | $ |
|   2. Outpatient Services | | | |
|   3. Emergency Services | | | |
|   4. Other Operating Revenue (Specify)_____ | | | |
| **Gross Operating Revenue** | $ | $ | $ |
| C. Deductions from Gross Operating Revenue | | | |
|   1. Contractual Adjustments | $ | $ | $ |
|   2. Provision for Charity Care | | | |
|   3. Provisions for Bad Debt | | | |
| **Total Deductions** | $ | $ | $ |
| **NET OPERATING REVENUE** | $ | $ | $ |
| D. Operating Expenses | | | |
|   1. Salaries and Wages | $ | $ | $ |
|   2. Physician's Salaries and Wages | | | |
|   3. Supplies | | | |
|   4. Taxes | | | |
|   5. Depreciation | | | |
|   6. Rent | | | |
|   7. Interest, other than Capital | | | |
|   8. Other Expenses (Specify)_____ | | | |
| **Total Operating Expenses** | $ | $ | $ |
| E. Other Revenue (Expenses) – Net (Specify) | $ | $ | $ |
| **NET OPERATING INCOME (LOSS)** | $ | $ | $ |
| F. Capital Expenditures | | | |
|   1. Retirement of Principal | $ | $ | $ |
|   2. Interest | | | |
| **Total Capital Expenditures** | $ | $ | $ |
| **NET OPERATING INCOME (LOSS) LESS CAPITAL EXPENDITURES** | $ | $ | $ |

5.    Please identify the project's average gross charge, average deduction from operating revenue, and average net charge.

| | | |
|---|---|---|
| Patients (average during year) | 530 | 1,056 |
| Average gross charge (revenue per year) | $3,363 | $3,697 |
| Average deduction from operating revenue | $101 | $111 |
| Average net charge | $3,262 | $3,586 |

6. A. Please provide the current and proposed charge schedules for the proposal. Discuss any adjustment to current charges that will result from the implementation of the proposal. Additionally, describe the anticipated revenue from the proposed project and the impact on existing patient charges.

Since this is a new operation, Applicant submits planned charges.

| Service | Proposed Charge |
|---|---|
| Intake assessment | $50 |
| Methadone Fee | $10 per day |
| Buprenorphine/Suboxone Fee | $200 per month plus medication cost |
| Guest dosing | $20 per day |
| Drug screens, passed | $0, included in medication |
| Drug screens, failed | $25 |
| Counseling | $0, included in fees above |
| Annual Health & Physical | $0, included in fees above |

6. B. Compare the proposed charges to those of similar facilities in the service area/adjoining service areas, or to proposed charges of projects recently approved by the Health Services and Development Agency. If applicable, compare the proposed charges of the project to the current Medicare allowable fee schedule by common procedure terminology (CPT) code(s).

The comparative charge schedule is shown below:

| Service | Charge | Phone survey results, if available |
|---|---|---|
| Intake assessment | $50 | Waived at Asheville area clinics, $50 at Knoxville clinics and Galax, VA; $25 at Stepping Stone in Boone, NC |
| Methadone Fee | $10 per day | $16.14 at 2 clinics in Knoxville; $11 – $13 per day at Asheville clinics and Boone, NC; Galax, VA is $25 per day according to a 3/22 phone inquiry |
| Buprenorphine/Suboxone Fee | $200 per month plus medication cost | Asheville area clinics were full and not accepting new patients; Stepping Stone is $13-$21 per day depending on dosage; Galax, VA is $30 per day.<br><br>$400 per month plus medication cost at buprenorphine-private physician offices, without counseling, drug testing, STD/HIV/TB testing, diversion control, etc. |
| Guest dosing | $20 per day | $15 - $25 per day plus a one-time charge of $25 |

| Drug screens, passed | $0, included in medication | $0, included in medication |
|---|---|---|
| Drug screens, failed | $25 | $0 - $25 |
| Counseling | $0, included in fees above | $0, included in fees above at other NRMTFs<br><br>Either not available or on a referral basis at buprenorphine-approved private physician offices |
| Annual Health & Physical | $0, included in fees above | $0, included in fees above |

This is a new project, so there is no impact to previous charge schedules.

Based upon telephone surveys in February 2013, the proposed gross charge is approximately 20%-33% less than those charged by the nearest clinics in North Carolina and Tennessee (Crossroads in Weaverville, NC and DRD in Knoxville, TN). Based on phone interviews during March, 2013, the clinics in Knoxville charged approximately $16.30 per day and the clinics in Weaverville and Asheville, NC charge between $12 and $13 per day.

Since TennCare does not cover Methadone Clinic Services[34] for patients over 21 years of age and Medicare does not pay for methadone maintenance treatment, there is not a relevant comparable charge base.

7. **Discuss how projected utilization rates will be sufficient to maintain cost-effectiveness.**

This project is scheduled to be cash flow positive within 180 days of opening. Any negative variances to this will be covered by Tri-Cities Holdings, LLC.

8. **Discuss how financial viability will be ensured within two years; and demonstrate the availability of sufficient cash flow until financial viability is achieved.**

As shown in the Projected Data Chart, this project is projected to be cash flow positive in Year 1, and ongoing thereafter. The management of Tri-Cities Holdings, LLC has opened 9 similar NRMTFs in four states and has significant experience and an excellent track record of ensuring cash flow positive, viable and compliance NRMTFs. In the supporting document, a personal financial

---

[34] www.tn.gov/tenncare/forms/phar20050912.pdf

statement is included in Attachment C Economic Feasibility-10 for Steve Kester, Tri-Cities Holding's
CEO, who will personally guarantee this project through fruition. All funds required to open and outfit
this facility, and cover the operating loss during the first year, plus contingency, are secured.

9.    Discuss the project's participation in state and federal revenue programs
including a description of the extent to which Medicare, TennCare/Medicaid, and medically
indigent patients will be served by the project. In addition, report the estimated dollar amount
of revenue and percentage of total project revenue anticipated from each of TennCare,
Medicare, or other state and federal sources for the proposal's first year of operation.

The Applicant plans to utilize self-pay programs and does not plan to participate in State and
federal programs such as TennCare or Medicare. If the healthcare environment shifts, such as
universal coverage of NRMTFs services for qualified patients, the Applicant may revisit this decision.
Because buprenorphine patients will comprise an estimated 25% of applicant's patient mix, the
applicant cannot justify the investment of resources required to maintain compliance with TennCare.
However, a call to TennCare Solutions (888-816-1680) indicated that TennCare patients can be
reimbursed for approved medication and services upon individual submission of receipts.

10. Provide copies of the balance sheet and income statement from the most recent
reporting period of the institution and the most recent audited financial statements with
accompanying notes, if applicable. For new projects, provide financial information for the
corporation, partnership, or principal parties involved with the project. Copies must be
inserted at the end of the application, in the correct alpha-numeric order and labeled as
Attachment C, Economic Feasibility-10.

The proposed facility and the company are new, so no historical data is available. Personal
financial statements are included in Attachment C Economic Feasibility-10 for Tri-Cities Holding's
CEO who is personally funding and guaranteeing this project.

11. Describe all alternatives to this project which were considered and discuss the
advantages and disadvantages of each alternative including but not limited to:

a. A discussion regarding the availability of less costly, more effective, and/or more
efficient alternative methods of providing the benefits intended by the proposal. If
development of such alternatives is not practicable, the applicant should justify why not;
including reasons as to why they were rejected.

There is no treatment in the proposed service area currently. Our proposal may appear to be
more expenses than the status quo, i.e. no service. However, the State of Tennessee and many
organizations have documented the cost of untreated persons significantly outweigh the cost of
treatment, as measured by crime, broken families, loss or diminishment of employment, related
health costs, and fatalities[35].

---

[35] tn.gov/mental/policy/presc_drug_abuse.shtml

# PLOT PLAN

**Washington County - Parcel: 038B B 006.00**

**SUPPLEMENTAL- # 1**

March 25, 2013
12:15pm



Building at
4 Wesley Court

Date Created: 3/18/2013

1. Parcel size: 1.66 acres
2. Building size: 8,208 square feet
3. All construction will be inside the four exterior walls of the building.
4. Names of streets, roads or highway that cross or border the site: Wesley Court

As for effectiveness of treatment, methadone maintenance treatment has proven the most effective treatment for opiate addiction, as studied by numerous agencies, including the Centers For Disease Control and the National Institute on Drug Abuse[36]. However, our proposed services also include buprenorphine-based treatment and abstinence-based services. The patient, together with his or her care team of doctors, nurses and counselors will decide the best treatment plan. In addition, we anticipate that patients will migrate between treatment services. For example, a patient may be stabilized with methadone, tapered down and switched to Suboxone, then transition to abstinence-based treatment, and finally be discharged after successful demonstrating the ability to lived independently without relapse.

Our estimate is that *initial* treatments will breakdown as follows:

- Methadone maintenance: 73%
- Buprenorphine-based treatment: 25%
- Abstinence treatment: 2%

Comparison of applicant's proposed services and inpatient treatment:

- Frontier Health/Magnolia Ridge Alcohol & Drug Residential Treatment
  900 Buffalo Street
  Johnson City, TN 37604
  www.frontierhealth.org
  COST: $6,000 per month (compared to applicant's $400/month outpatient)
  NOTE: 9-12 week waiting list.

- Comprehensive Community Services
  6145 Temple Star Road
  Kingsport, TN 37660
  ccstreatment.com
  COST: $5,600 per month (compared to applicant's $400/month outpatient)
  NOTE: 100+ patients on waiting list/Minimum four weeks until available.

**b. The applicant should document that consideration has been given to alternatives to new construction, e.g., modernization or sharing arrangements. It should be documented that superior alternatives have been implemented to the maximum extent practicable.**

The applicant reviewed more than 50 locations in the Tri-Cities area before selecting its proposed location. Beyond best meeting zoning requirements, the proposed facility was chosen because it was located in the biggest city of the proposed service area and therefore close to the maximum number of anticipated patients; it had ready highway access to all points within the proposed service area; and it required no new construction, only upfitting and modifications to an existing structure. Tri-Cities Holdings has balanced cost control with providing patients quality care and a healing environment.

---

[36] www.cdc.gov/idu/facts/methadonefin.pdf

## ORDERLY DEVELOPMENT

1. **List all existing health care providers (e.g., hospitals, nursing homes, home care organizations, etc.), managed care organizations, alliances, and/or networks with which the applicant currently has or plans to have contractual and/or working relationships, e.g., transfer agreements, contractual agreements for health services.**

The applicant intends to have transfer relationships with all emergency hospitals in the Tri-Cities and surrounding area, including the Johnson City Medical Center and Wellmont Urgent Care; in Kingsport: Holston Valley Medical Center and Indian Path Primary Care; in Bristol: Bristol Regional; Union County Memorial in Erwin; Laughlin Memorial in Greeneville and Hawkins County Memorial in Rogersville.

2. **Describe the positive and/or negative effects of the proposal on the health care system. Please be sure to discuss any instances of duplication or competition arising from your proposal including a description of the effect the proposal will have on the utilization rates of existing providers in the service area of the project.**

This project will significantly improve the lives and financial well being to those people suffering from opiate addictions that cannot or will not drive hundreds of miles for the nearest treatment. In doing so, the communities of the proposed service area will benefit from less crime, more families intact, less work truancy, and less rates of HIV and hepatitis infections.

For those patients domiciled in the proposed service area who currently travel hundreds of miles for treatment, our proposed facility will help their finances (approximately $30 per day of treatment), allow them to spend more time with their families, seek new or better employment, and help keep them from relapsing.

Because of the epidemic levels of drug overdose deaths and prescribed pain medicine, Tennessee providers have experienced significant increases in enrollment[37], so this project is not expected to have any negative consequences to the current base of providers.

3. **Provide the current and/or anticipated staffing pattern for all employees providing patient care for the project. This can be reported using FTEs for these positions. Additionally, please compare the clinical staff salaries in the proposal to prevailing wage patterns in the service area as published by the Tennessee Department of Labor & Workforce Development and/or other documented sources.**

Our proposed facility will pay competitive wage and benefit packages for our staff. The staffing

---

[37] CDC reports overdose deaths have tripled since 1990 in http://www.cdc.gov/homeandrecreationalsafety/rxbrief/ and Tennessee reports a 250% increase from 2001 – 2010, the percentage of people identifying prescription opioids as their primary substance of abuse increased from 5% in 1999 to 23% in 2009 in http://tn.gov/mental/policy/persc_drug_docs/Prescription%20Drug%20Use%20in%20TN_2%203%202012_R2.pdf

levels and compensation levels are shown in the table below[38], ranked in the order of the number of staff patient care positions. This data was aided by the Tennessee Department of Labor and Workforce Development, 2012 Occupation Wage Report for the Johnson City Healthcare Industry. The compensation figures below are in-line with the Tennessee statistics.

| Position | Average number of fulltime staff, Year 1 | Average number of fulltime staff, Year 2 | Annual compensation Range, Entry - Senior | Tennessee Dept of Labor Range[39] |
|---|---|---|---|---|
| Substance Abuse Counselors | 12 | 22 | $22,000 - $30,000 | $25,661 – $34,666 |
| LPN Dosing Nurses | 2 | 4 | $27,000 - $37,000 | $27,512- $37,268 |
| Charge Nurse | 1 | 1 | $45,000 - $55,000 | $39,678- $64,293 |
| Charge Counselor | 1 | 1 | $35,000 - $40,000 | $31,651- $34,646 |
| Program Director | 1 | 1 | $70,000 - $110,000 | $78,220- $99,889 |
| Medical Director | Contract (part time) | Contract (part time) | $150,000 - $200,000 | $137,042- $225,926 |

A Security Guard is currently not planned. If the need arises, this position will be hired.

All personnel will satisfy State MINIMUM PROGRAM REQUIREMENTS FOR NON-RESIDENTIAL OPIOID TREATMENT PROGRAM FACILITIES, Staff Qualifications, Rule 0940-05-42-.29

Applicant has interviewed candidates for the Medical Director and a Program Director positions. Current candidates meet certification requirements. Because of the uncertainty with respect to approval and timing, offers cannot be extended and candidates do not wish to be identified.

**4. Discuss the availability of and accessibility to human resources required by the proposal, including adequate professional staff, as per the Department of Health, the Department of Mental Health and Developmental Disabilities, and/or the Division of Mental Retardation Services licensing requirements.**

The applicant operates nine other facilities in four states and is aware of the difficulty of hiring in the healthcare market.

---

[38] http://www.tn.gov/labor-wfd/wages/2012/PAGE0144.HTM

[39] TN Dept of Labor & Workforce Dev, Div Emp Sec, R&S.

The applicant is aware of the licensing requirements of the State, including the staffing requirements.

Fortunately, Johnson City is home to one of the Country's best universities for nursing, medicine and social work: East Tennessee State University. In addition, the area has a vibrant medical community from which to recruit entry level and experienced professionals.

Hiring and keeping the right staff is always a challenge and the applicant is experienced and financed ready to meet the challenges.

5. **Verify that the applicant has reviewed and understands all licensing certification as required by the State of Tennessee for medical/clinical staff. These include, without limitation, regulations concerning physician supervision, credentialing, admission privileges, quality assurance policies and programs, utilization review policies and programs, record keeping, and staff education.**

The applicant verifies this.

6. **Discuss your health care institution's participation in the training of students in the areas of medicine, nursing, social work, etc. (e.g., internships, residencies, etc.).**

The applicant has significant experience working developing internships and other partnerships with local universities and professional societies. Applicant looks forward to establishing these ties with ETSU's undergraduate and graduate healthcare programs and Northeast State Community College's Social Work (A.A. Degree) program.

Internships and other partnerships must take into account the confidentiality, and sensitivity of the nature of a clinic of this type.

7. **(a) Please verify, as applicable, that the applicant has reviewed and understands the licensure requirements of the Department of Health, the Department of Mental Health and Developmental Disabilities, the Division of Mental Retardation Services, and/or any applicable Medicare requirements.**

The applicant verifies this.

(b) **Provide the name of the entity from which the applicant has received or will receive licensure, certification, and/or accreditation.**

LICENSURE: Department of Mental Health and Substance Abuse Services, Office of Licensure

CERTIFICATION: Federal Certification from U.S. Health And Human Services, Division of Substance Abuse and Mental Health Services Administration (SAMHSA)

ACCREDITATION: Commission on Accreditation of Rehabilitation Facilities (CARF)

(c) If an existing institution, please describe the current standing with any licensing, certifying, or accrediting agency. Provide a copy of the current license of the facility.

Not Applicable (NA).

(d) For existing licensed providers, document that all deficiencies (if any) cited in the last licensure certification and inspection have been addressed through an approved plan of correction. Please include a copy of the most recent licensure/certification inspection with an approved plan of correction.

Not Applicable (NA). Applicant was asked to provide health survey results for centers in North Carolina. Applicant is a shareholder of the company that operates these centers, but is not an officer or member of management. As such, he has no access to these records.

8.     Document and explain any final orders or judgments entered in any state or country by a licensing agency or court against professional licenses held by the applicant or any entities or persons with more than a 5% ownership interest in the applicant. Such information is to be provided for licenses regardless of whether such license is currently held.

None.

9.     Identify and explain any final civil or criminal judgments for fraud or theft against any person or entity with more than a 5% ownership interest in the project.

None.

10.     If the proposal is approved, please discuss whether the applicant will provide the Tennessee Health Services and Development Agency and/or the reviewing agency information concerning the number of patients treated, the number and type of procedures performed, and other data as required.

Yes, subject to Federal HIPAA regulation

# PROOF OF PUBLICATION

## JOHNSON CITY PRESS

204 W. Main St., Johnson City, TN 37604

AFFIDAVIT OF PUBLICATION

AD# _1065011_

DATES: _3-6-2513_

STATE OF TENNESSEE

WASHINGTON COUNTY    SS

Richard Clark makes the oath that he is the Vice President of Advertising Inside Sales

of the JOHNSON CITY PRESS, a daily newspaper published in Johnson City, in said County and State, and that the advertisement was published in said newspaper for three (3) insertion(s) commencing on

_3-6-2013_ and ending on _3-6-2013_

_[signature]_

Signature

Sworn to and subscribed before me this

| _03_ | _07_ | _2013_ |
|-------|-------|--------|
| Month | Day | Year |

In testimony whereof I have hereunto set my hand and seal this the day and year aforesaid.

_[notary seal: JANICE I. REESER NOTARY PUBLIC AT LARGE WASHINGTON COUNTY TN]_

_[signature]_

JAN REESER

notary public

My commission expires: 03/03/2016

47

## NOTIFICATION OF INTENT TO APPLY FOR A
## CERTIFICATE OF NEED

This is to provide official notice to the Health Service and Development Agency and all interested parties, in accordance with T.C.A. 68-11-1601 et seq., and the Rules of the Health Service and Development Agency, that: **Tri-cities Holding LLC** with an ownership type of **Limited Liability Company** and to be managed by: **Manager Steve Kester** intends to file an application for a Certificate of Need **Establishment of nonresidential substitution-based treatment center for opiate addiction offering methadone and buprenorphine** which is designed to treat opiate addiction by preventing symptoms of withdrawal. In addition, we will offer individual counseling services and group therapy to help break the cycle of addiction and provide patients the life skills and resources to serve as productive members of their communities, families and employers. The location of the proposed project is 4 Wesley Court, Johnson City, Tennessee 37601. The project cost is estimated to be $ 670,000.

The anticipated date of filing the application is:  **March 7, 2013.**

The contact person for this project is Steve Kester Manager who may be reached at: Tri-Cities Holdings LLC  6555 Sugarloaf Parkway Suite 307-137 Duluth Georgia 30097 404-664-2616.  Upon written request by interested parties, an local Fact-Finding public hearing shall be conducted.  Written requests for hearing should be sent to:

Health Services and Development Agency
The Frost Building Third Floor
161 Rosa L. Parks Boulevard
Nashville, Tennessee 37243

The published Letter of Intent must contain the following statement pursuant to T.C.A 68-11-1607(c)(1).  (A) Any health care institution wishing to oppose a Certificate of Need application must file a written notice with the Health Services and Development Agency no later than Fifteen (15) days before the regularly scheduled Health Services and Development Agency meeting at which the application is originally scheduled: and (B) Any other person wishing to oppose the application must file written objection with the Health Services and Development Agency at or prior to the consideration of the application by the Agency.

48

2013 MAR 25  PM 12 07

SUPPLEMENTAL- # 1
March 25, 2013
12:16pm

Tennessee Code Annotated § 68-11-1609(c) provides that a Certificate of Need is valid for a period not to exceed three (3) years (for hospital projects) or two (2) years (for all other projects) from the date of its issuance and after such time shall expire; provided, that the Agency may, in granting the Certificate of Need, allow longer periods of validity for Certificates of Need for good cause shown. Subsequent to granting the Certificate of Need, the Agency may extend a Certificate of Need for a period upon application and good cause shown, accompanied by a non-refundable reasonable filing fee, as prescribed by rule. A Certificate of Need which has been extended shall expire at the end of the extended time period. The decision whether to grant such an extension is within the sole discretion of the Agency, and is not subject to review, reconsideration, or appeal.

1. Please complete the Project Completion Forecast Chart on the next page. If the project will be completed in multiple phases, please identify the anticipated completion date for each phase.

2. If the response to the preceding question *indicates that the applicant does not anticipate completing the project within the period of validity as defined in the preceding paragraph,* please state below any request for an extended schedule and document the "good cause" for such an extension.

Enter the Agency projected Initial Decision date, as published in T.C.A. § 68-11-1609(c): 6/13

Assuming the CON approval becomes the final agency action on that date; indicate the number of days **from the above agency decision date** to each phase of the completion forecast.

| Phase | DAYS REQUIRED | Anticipated Date (MONTH/YEAR) |
|---|---|---|
| 1. Architectural and engineering contract signed | 0 | 6/13 |
| 2. Construction documents approved by the Tennessee Department of Health | 60 | 8/13 |
| 3. Construction contract signed | 10 | 6/13 |
| 4. Building permit secured | 15 | 6/13 |
| 5. Site preparation completed | N/A | N/A |
| 6. Building construction commenced | 20 | 7/13 |
| 7. Construction 40% complete | 50 | 9/13 |
| 8. Construction 80% complete | 70 | 10/13 |
| 9. Construction 100% complete (approved for occupancy | 90 | 11/13 |
| 10. *Issuance of license | 150 | 1/14 |
| 11. *Initiation of service | 180 | 2/14 |
| 12. Final Architectural Certification of Payment | 210 | 3/14 |
| 13. Final Project Report Form (HF0055) | 270 | 5/14 |

\* **For projects that do NOT involve construction or renovation: Please complete items 10 and 11 only.**

**Note: If litigation occurs, the completion forecast will be adjusted at the time of the final determination to reflect the actual issue date.**

# TABLE OF ATTACHMENTS

Attachment A.4. Applicant Ownership Structure     52

Attachment A.6. Option to Lease Building     55

Attachment A.3 Operating Agreement and Certificate of Corporate Existence     74

Attachment A.4 Corporate Charter     87

Attachment A. 5 Resumes     89

Attachment B1 Supplemental Questions and Responses     91

Attachment B1 Local Providers     101

Attachment B1-List of Buprenorphine-Certified Private Physicians     102

Attachment B, Project Description, Item III. A. (Plot Plan)     105

Attachment B, Projection Description, Item III. A (Zoning Regulations)     106

Attachment B4 Referral Services     110

Attachment C, Need, 1a. (2008 Tennessee Department of Mental Health Registry Data)     110A-G

Attachment C, Economic Feasibility, 3. (Construction Cost Estimate)     111

Attachment C, Economic Feasibility, Item 2. (Funding Sources)     113

Attachment C, Economic Feasibility 10. Financial Statements     115

Attachment C, Need, Item 3. Proposed Service Area     118

Letters of Support (To Date)     122

Notification Requirement     130

# ATTACHMENTS

# Applicant Ownership Structure

# Attachment A.4.

Information for Section A, Item 4: Tri-Cities Holdings Ownership

| Name | Title | Membership Interest | Address |
|---|---|---|---|
| Steven W. Kester | Manager | 50% | 2892 Darlington Run Duluth, GA 30097 |
| Leigh B. Dunlap | Member | 50% | 801 West Conway Drive NW, Atlanta, Georgia 30327 |

# Attachment A-5
# Management Biographies and Affiliations

Tri-Cities Holdings, LLC is owned equally between Steven W. Kester and Leigh B. Dunlap.

Steve Kester is 49 years old and a unit holder of Tri-Cities Holdings, and serves as the company's Chief Executive Officer.

Mr. Kester was the co-founder of Treatment Centers HoldCo, doing business as Crossroads Treatment Centers. He is currently a minority shareholder of Treatment Centers HoldCo and not active in the management of the company. The company operates 9 centers in the following states and cities: North Carolina: Asheville, Weaverville, and Greensboro; South Carolina: Greenville, Columbia and Seneca; Georgia: Ringgold and Suwanee; and Virginia: Danville.

Mr. Kester has spent his career building companies in healthcare, service industries, and consumer products.

Mr. Kester holds an MBA from the Wharton School and an Electrical Engineering Degree from Georgia Tech.

Mr. Kester is married with three children.

* * *

Leigh B. Dunlap attended the University of Southern California (1983-1987).

She has resided in Georgia for the past twenty years.

She is a professional screenplay writer.

She now serves in a volunteer position as president of the Georgia environmental non-profit advocacy group, Clean Earth Now, Inc.

Leigh B. Dunlap is a unit holder of Tri-Cities Holdings LLC and occupies no management position in the company.

# ATTACHMENT B I.
# SUPPLEMENTAL QUESTIONS
# AND RESPONSES

**Please clarify if Buprenorphine or Methadone will be prescribed for pain
management, by a mid-level practitioners, or for the treatment of depression.**

No. Our proposed services are for the exclusive treatment of opioid addiction.

**What is the difference between Buprenorphine and Methadone in the
treatment of opioid addiction? In your response, please discuss the method of
administration, frequency, side effects, cost, etc.**

**The Drug Addiction Treatment Act (DATA) of 2000 allows qualified physicians
who obtain a waiver from the federal government to prescribe and dispense
two formulations of buprenorphine (subutex and suboxone) to treat opiate
addiction. The SAMSHA (Substance Abuse and Mental Health Services
Administration) Bupernorphine Physician and Treatment Program Locator
web-site list thirty-two (32) physicians that are certified to dispense
Bupernorhine in Johnson City, TN. Please discuss the waiver in terms of the
training required by private physicians and facilities, the maximum caseloads,
etc. In your response, please discuss if these physicians accept cash only from
patients (including TennCare patients).**

Methadone maintenance treatment (MMT) is the most common and established
form of opioid addiction treatment. It was developed in 1964 and has been used
continuously since in the United States. In October 2002, the Food and Drug
Administration (FDA) approved buprenorphine monotherapy product, Subutex®,
and a buprenorphine/naloxone combination product, Suboxone®, for use in opioid
addiction treatment. Still, other practitioners believe in abstinence-based
treatment.

We believe the answer is that there is no single approach or medication that is right
for everybody.

Opioid addiction medications and treatment continue to evolve. Our proposed
services will include methadone, buprenorphine, and abstinence-based services. As
new medications and treatment approaches come on the market, we will evaluate
them. All patients are unique and different medications (or lack thereof) will be
evaluated and customized care plans will be developed for each patient. Our pledge
is to provide the best option for patients.

The biggest difference between the two is that buprenorphine is a *partial opiate
agonist* (i.e. its effects are limited even when taken in large doses) but methadone is
a full opiate agonist. The general (not absolute) implications of this are the
following:

- Buprenorphine is harder to abuse so patients are more often allowed to take
  it home. Methadone can be more easily abused, so when patients first start
  treatment they need to travel to a clinic each day to take their medication. At

later stages of the treatment they are allowed take-home doses of methadone.
- For people with heavy opiate habits and serious addiction, buprenorphine cannot provide effective relief from withdrawal symptoms. Methadone works better for such individuals.
- Buprenorphine is generally less addictive than methadone.
- Withdrawal symptoms of a buprenorphine detox are generally less severe than methadone detox.
- The risk of a fatal overdose on buprenorphine is less than with methadone.

### The Drug Addiction Treatment Act of 2000 (DATA 2000)

This act enables *qualifying physicians* to receive a *waiver* from the special registration requirements in the Controlled Substances Act for the provision of medication-assisted opioid therapy. This waiver allows qualifying physicians to practice medication-assisted opioid addiction therapy with Schedule III, IV, or V narcotic medications specifically approved by the **Food and Drug Administration (FDA)**. On October 8, 2002 Subutex® (buprenorphine hydrochloride) and Suboxone® tablets (buprenorphine hydrochloride and naloxone hydrochloride) received FDA approval for the treatment of opioid addiction.

To receive a waiver to practice opioid addiction therapy with approved Schedule III, IV, or V narcotics a physician must notify the **Center for Substance Abuse Treatment (CSAT, a component of the Substance Abuse and Mental Health Services Administration)** of his or her intent to begin dispensing or prescribing this treatment. This Notification of Intent must be submitted to CSAT before the initial dispensing or prescribing of opioid therapy. The "waiver notification" section on this Site provides information on how to obtain and submit a Notification of Intent form. The Notification of Intent can be submitted on-line from this Web site, or via ground mail or fax.

The Notification of Intent must contain information on the physician's qualifying credentials (as defined below) and additional certifications including that the physician has the capacity to refer such addiction therapy patients for appropriate counseling and other non-pharmacologic therapies, and that the physician will not have more than 30 patients on such addiction therapy at any one time for the first year. (Note: The 30-patient limit is not affected by the number of a physician's practice locations. One year after the date on which the physician submitted the initial notification, the physician will be able to submit a second notification stating the need and intent to treat up to 100 patients.)

### The Drug Enforcement Administration (DEA)

The Drug Enforcement Administration (DEA) assigns the physician a special identification number. DEA regulations require this ID number to be included on all buprenorphine prescriptions for opioid addiction therapy, along with the physician's regular DEA registration number.

To qualify for a waiver under DATA 2000 a licensed physician (MD or DO) must meet any one or more of the following criteria:

- The physician holds a subspecialty board certification in addiction psychiatry from the American Board of Medical Specialties.
- The physician holds an addiction certification from the American Society of Addiction Medicine.
- The physician holds a subspecialty board certification in addiction medicine from the American Osteopathic Association.
- The physician has, with respect to the treatment and management of opioid-addicted patients, completed not less than eight hours of training (through classroom situations, seminars at professional society meetings, electronic communications, or otherwise) that is provided by the American Society of Addiction Medicine, the American Academy of Addiction Psychiatry, the American Medical Association, the American Osteopathic Association, the American Psychiatric Association, or any other organization that the Secretary determines is appropriate for purposes of this subclause.
- The physician has participated as an investigator in one or more clinical trials leading to the approval of a narcotic drug in schedule III, IV, or V for maintenance or detoxification treatment, as demonstrated by a statement submitted to the Secretary by the sponsor of such approved drug.
- The physician has such other training or experience as the State medical licensing board (of the State in which the physician will provide maintenance or detoxification treatment) considers to demonstrate the ability of the physician to treat and manage opioid-addicted patients.
- The physician has such other training or experience as the Secretary considers to demonstrate the ability of the physician to treat and manage opioid-addicted patients. Any criteria of the Secretary under this subclause shall be established by regulation. Any such criteria are effective only for 3 years after the date on which the criteria are promulgated, but may be extended for such additional discrete 3-year periods as the Secretary considers appropriate for purposes of this subclause. Such an extension of criteria may only be effectuated through a statement published in the Federal Register by the Secretary during the 30-day period preceding the end of the 3-year period involved.

Some, but not all, of the DATA2000 private physicians accepted TennCare. Of those that did not accept TennCare, some took private insurance, and others accepted self-pay methods only.

**Please explain what the controlled Substances Database is and how it relates to the proposed project.**
The CSMD (Controlled Substance Monitoring Database) was created by an act of the Tennessee legislature, to be administratively attached to the Tennessee Board of Pharmacy. The state statute that covers this database and its use is TCA 53-10-Part 3, Controlled Substance Monitoring Act of 2002. The Board of Pharmacy and the CSMD Advisory Committee establish, administer, maintain and direct the functioning of the database in accordance with this Part 3.

Pharmacies within the state of Tennessee are required to upload all schedule II-V prescriptions at least twice monthly[1].

---

[1] https://health.state.tn.us/boards/Controlledsubstance/index.shtml

For this project, this database was developed to ensure that NRMTF patients are not receiving medication from multiple NRMTFs, to help eliminate the possibility of abuse/overdose of methadone and/or buprenorphine.

**Please discuss alternative treatment options available in the community for opioid addiction. Please discuss the drug naltrexone for the treatment of opioid dependence. Please include in your response who can prescribe naltrexone and the oral daily form and the monthly injectable extended-released form (Vivitrol). Is Naltrexone available as treatment option in the proposed service area?**

The are no NRMTFs in the proposed service area. NRMTFs are the most common and established treatment options for opioid addiction in the U.S. There are 1,076 of these centers in the United States[2] and 12 in Tennessee[3].

The two most common alternatives to NRMTFs are buprenorphine-based treatment in private physician offices and behavioral therapies, such as abstinence-based treatment available in counseling centers. These options are generally available throughout the U.S., including Tennessee and the proposed service area.

NRMTFs are the most widely used treatment because they are the most successful and the most cost-effective when the scope of medications and services is accounted for.

It is illegal in the United States for a doctor to prescribe methadone for the purposes of treating addiction, unless he or she is working at an appropriately licensed NRMTF. Private physicians rarely offer counseling. Getting buprenorphine at a physician's office is often termed "dose and dash" because of the lack of counseling, drug testing, diversion monitoring, care planning, etc.

Abstinence-based therapies fail 92% of the time[4] because of the intense hardship and side effects of opiate withdraw. This is true for heroin users and many prescription pain pill users because the potency of prescription pain pills can match that of heroin. Using Morphine as the standard, the following drugs and their dosages injection are equal to getting the same amount of pain relief as 10 mgs of Morphine injection[5]:

1.5 mg hydromorphone (Dilaudid)........= 10 mg morphine

10 mg methadone (Dolophine)............= 10 mg morphine

---

[2] http://findtreatment.samhsa.gov/TreatmentLocator/faces/servicesSearch.jspx
[3] http://tn.gov/mental/A&D/A_D_docs/methadonelabeledclinics.pdf
[4]
http://www.kap.samhsa.gov/products/trainingcurriculums/pdfs/tip43_curriculum.pdf
[5] http://www.adhesions.org/forums/ADHESIONS.0002/0311.html

15 mg oxycodone (percocet, tylox)......= 10 mg morphine

2 mg levorphanol (Levo-Dromoran).......= 10 mg morphine

1 mg oxymorphone (Numorphan)...........= 10 mg morphine

5 mg Heroin............................= 10 mg morphine

75 mg meperidine (demerol)..............= 10 mg morphine

130 mg codeine..........................= 10 mg morphine

25 ug/hr Fentanyl.......................= 10 mg morphine

Naltrexone is a non-opioid medication that is approved for the treatment of opioid dependence. Naltrexone is an opioid receptor antagonist; it binds to opioid receptors, but instead of activating the receptors, it effectively blocks them. Through this action, it prevents opioid receptors from being activated by agonist compounds, such as heroin or prescription pain killers, and is reported to reduce craving and prevent relapse. As opposed to other medications used for opioid dependence (methadone and buprenorphine), naltrexone can be prescribed by any individual who is licensed to prescribe medicine (e.g., physician, doctor of osteopathic medicine, physician assistant, and nurse practitioner), so it is available in the proposed service area. Both the oral daily form and the monthly injectable monthly extended-release form (Vivitrol®) are FDA approved for treatment of opioid dependence. Vivitrol® was approved by FDA for this indication in 2010[6].

In summary Naltrexone-based therapy is generally accepted for those that have overcome their addiction to opioids because it removes the reward (high) associated with opioids. However, the treatment generally does not adequately address the withdraw symptoms that addicts need.

**Please discuss the percentage of patients who have become completely drug free from methadone for significant periods of time.**

Patients who are most successful in medication-assisted treatment (MAT) with methadone stay in treatment for more than a year. Many patients need to continue treatment indefinitely, as is the case with any chronic medical condition.

Patients who stay in MAT with methadone for less than three months usually show little or no continued improvement. After several months in treatment, patients are stabilized on methadone. At that point, the use of illegal opioids drops by up to 80%. But leaving treatment after that carries substantial risks. Almost all patients who leave MAT and do not have further treatment of some sort eventually relapse, and risk having an overdose[7].

---

[6] http://www.dpt.samhsa.gov/medications/naltrexone.aspx
[7] Brown LS, et al. the interrelationships between length of stay, methadone dosage, and age at an urban opioid treatment program. Paper presented at: CPDD (College on Problems of Drug Dependence) 65th Annual Meeting; June 2004

**Please list the location of methadone anonymous meetings in the applicant's service area.  Please indicate if methadone anonymous meetings are planned in the proposed project service area.**

A search of http://www.methadoneanonymous.org/ and http://www.methadonesupport.org/  showed no locations in the proposed service area.  The Applicant pledges to work with patients towards their ultimate independence from addiction and associated treatment programs, including developing and supporting groups that aid in lifetime addiction recovery.  Most people who seek MMT treatment got there by abusing opiates for years.  Undoing the damage and giving patients the life skills to cope is not fast and is not easy.

**The applicant notes prescription medication abuse is higher in the Appalachian region than the rest of the United States.   Please provide statistical information related to this statement.**

An excellent article was written on this very topic: "Prescription Drug Abuse and the Pill Pipeline in Appalachia", by Dr. Robert Pack.  Dr. Pack is associate professor of community health and associate dean for academic affairs at East Tennessee State University's College of Public Health in Johnson City, TN.  His report also references the Appalachian Regional Commission's 2008 study of drug use in the Appalachian Region.

The report showed that the Southern Appalachian Region, which includes the proposed service area, the misuse of prescription pain pills was 6.2% versus 5.9% outside of the Appalachian Region.

**What type of activities/meetings has your organization conducted to prepare and educate the public in the service area regarding this proposed application?**

The Applicant has talked to approximately 50 members of the community while looking for sites that best meet the facility and community needs.  These include potential landlords, realtors, brokers, neighboring businesses, etc.

The applicant has talked to, or attempted to contact all local mayors, senators, emergency room leaders,  and zoning officials.

The applicant has meet with three news outlets (one news paper and 2 TV stations) and has written editorials and conducted multiple interviews.

The applicant talked at length with Dr. Robert Pack, East Tennessee State University Professor in Johnson City, TN and author of, "Prescription Drug Abuse and the *Pill* Pipeline in *Appalachia*"

The applicant has talked to 4 faith-based organizations, and the VFW.

**What will be the scheduled hours of the proposed methadone facility?**

The initial proposed hours of operations will be 5:00 AM until noon seven days per week. It is anticipated that when the facility reaches approximately 500 patients, an afternoon program will be added from noon until 5PM.

## In-Patient Treatment Programs

|  | Taking New Patients | TennCare? | Cost/Month | Counseling? | Frequency |
|---|---|---|---|---|---|
| Frontier Health/Magnolia Ridge | 9-12 week waiting list. | Yes | $6,000 | Yes | $200/Day |
| 900 Buffalo Street |  |  |  |  |  |
| Johnson City, TN 37604 |  |  |  |  |  |
| www.frontierhealth.org |  |  |  |  |  |
| Comprehensive Community Services | 100+ waiting list/Minimum four weeks until available. | Yes | $5,600 | Yes | $200/Day |
| 6145 Temple Star Road |  |  |  |  |  |
| Kingsport, TN 37660 |  |  |  |  |  |
| ccstreatment.com |  |  |  |  |  |

## Buprenorphine-Certified Johnson City-Based Private Physicians

| Provider | Number | Accepting Patients? | TennCare? | Cost/Month | Waiting list? | Licensed counseling services? | How often must come? |
|---|---|---|---|---|---|---|---|
| Stephen R. Cirelli, M.D. | (423) 722-8446 | No |  |  |  |  |  |
| Watauga Medical Care |  |  |  |  |  |  |  |
| 501 East Watauga Avenue |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| David Lionel Forester, M.D. | (423) 434-4677 | No |  |  |  |  |  |
| 209 East Unaka Avenue |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| Stephen R. Cirelli, M.D. | (423) 722-4000 | Yes | No | $355 | No | No | Monthly |
| Medical Care Clinic |  |  |  |  |  |  |  |
| 105 Broyles Drive |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| Jose L. Lopez-Romero | (423) 928-1393 | Yes | No | $400 | No | No | Monthly |
| 100 West Unaka Avenue |  |  |  |  |  |  |  |
| Suite 4 |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| Jack A. Norden, M.D. | (423) 262-8633 | No* |  |  |  |  |  |
| 2406 Susannah Street |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| Wayne P. Gilbert, M.D. | (423) 722-8446 | No |  |  |  |  |  |
| Watauga Family Practice |  |  |  |  |  |  |  |
| 501 East Watauga Ave. |  |  |  |  |  |  |  |
| Johnson City, TN 37601 |  |  |  |  |  |  |  |
| Aubrey Doyce McElroy, Jr. | (423) 262-8132 | Yes | No | $400 | No | No | Monthly |
| 3201 Bristol Highway |  |  |  |  |  |  |  |
| Suite 4 |  |  |  |  |  |  |  |

Johnson City, TN 37601

| | | | | | | |
|---|---|---|---|---|---|---|
| Edward Herschel Crutchfield, M.D.<br>105 Broyles Street<br>Johnson City, TN 37601 | (423) 946-3199 | Not a Working Line | | | | |
| Michael Sanders Wysor, M.D<br>Medical Care Walk In Clinic<br>105 Broyles Drive, Suite B<br>Johnson City, TN 37601 | (423) 722-4000 | Yes | No | $355 No | No | Monthly |
| Matthew Morgan Gangwer, M.D<br>401 East Main Street<br>Suite 3<br>Johnson City, TN 37601 | (706) 244-1390 | Left Message/Not an Office/Not a Local Number (Toccoa, GA number) | | | | |
| Stephen Douglas Loyd, M.D.<br>205 High Point Drive<br>Johnson City, TN 37601 | (423) 631-0732 | No* | | | | |
| Christine Anne Carrejo, M.D.<br>Watauga Family Practice<br>501 East Watauga Avenue<br>Johnson City, TN 37601 | (423) 722-8446 | No | | | | |
| Christine Anne Carrejo, M.D.<br>401 East Main Street<br>Johnson City, TN 37601 | (423) 929-2584 | No Drug Treatment Services--Referred Out to Another Doctor | | | | |
| Laura Vanini Grobovsky, M.D<br>501 East Watauga Avenue<br>Johnson City, TN 37601 | (423) 722-8446 | No | | | | |
| Martin P. Eason, M.D.<br>3114 Browns Mill Road<br>Johnson City, TN 37604 | (423) 631-0432 | Yes | No | $400 No | Yes | Monthly |
| Tracy Harrison Goen, M.D.<br>3114 Browns Mill Road<br>Johnson City, TN 37604 | (423) 631-0432 | Yes | No | $400 No | Yes | Monthly |
| Ray Wallace Mettetal, Jr., M.D<br>4113 Browns Mill Road<br>Johnson City, TN 37604 | (423) 631-0432 | Yes | No | $400 No | Yes | Monthly |
| Navneet Gupta, M.D.<br>101 Med Tech Parkway<br>Suite 200<br>Johnson City, TN 37604 | (423) 232-6120 | No Drug Treatment Services | | | | |
| William Alan Walker, M.D.<br>206 West Holston Avenue<br>Johnson City, TN 37604 | (423) 612-1950 | No Drug Treatment Services--Referred Out to Another Doctor | | | | |
| Michael Dandridge Tino, M.D.<br>Doctors Assisted Wellness<br>100 West Unaka Avenue, Suite #3,4,5 | (423) 928-1393 | Yes | No | $400 No | No | Monthly |

Johnson City, TN 37604

| Provider | Phone | | | | | |
|---|---|---|---|---|---|---|
| Edgar Alan Ongtengco, M.D.<br>2514 Wesley Street<br>Suite 101<br>Johnson City, TN 37604 | (423) 833-5547 | No Drug Treatment Services--Referred Out to Another Doctor | | | | |
| Robert David Reeves, M.D.<br>926 West Oakland Avenue<br>Suite 222<br>Johnson City, TN 37604 | (423) 282-3379 | Yes | No | $400 No | No | Monthly |
| Jack R. Woodside, Jr., M.D.<br>917 West Walnut Street<br>Johnson City, TN 37604 | (423) 439-6464 | No Drug Treatment Services | | | | |
| Hetal K. Brahmbhatt, M.D.<br>500 Longview Drive<br>Johnson City, TN 37604 | (423) 975-5444 | Line Disconnected | | | | |
| John McClellan Miller, M.D.<br>811 Wedgewood Road<br>Johnson City, TN 37604 | (423) 282-5381 | Closed | | | | |
| Morgan Counseling Services<br>412 West Unaka Street<br>Johnson City, TN 37604 | (423) 833-5547 | No Drug Treatment Services--Referred Out to Another Doctor | | | | |
| Ralph Thomas Reach<br>3114 Browns Mill Road<br>Johnson City, TN 37604 | (423) 631-0432 | Yes | No | $400 No | Yes | Monthly |
| LeRoy Robert Osborne, D.O.<br>Morgan Counseling & Accociates<br>214 West Unaka Avenue<br>Johnson City, TN 37604 | (423) 676-9015 | Yes | No | $400 No | No | Monthly |
| James Wesley Denham, M.D.<br>1747 Skyline Drive<br>Unit 25<br>Johnson City, TN 37604 | (901) 210-5079 | No* | | | | |
| William Edward Kyle, D.O.<br>3114 Brownsmill Road<br>Johnson City, TN 37604 | (423) 631-0272 | Yes | No | $400 No | Yes | Monthly |
| Jason John Della Vecchia, M.D.<br>Better Body Medicine<br>600 North State Of Franklin Road<br>Johnson City, TN 37604 | (423) 232-5295 | Yes | No | $400 No | Yes | Monthly |
| Chambless Rand Johnston III, M.D.<br>600 North State of Franklin Road<br>Suite 5<br>Johnson City, TN 37604 | (423) 232-5295 | Yes | No | $400 No | Yes | Monthly |

Attachment B1 - Physicians Certified for Buprenorphine Treatment in proposed service area

| First Name | Last Name | Suffix | Address Line 1 | Address Line2 | City | State | Zip Code | Phone |
|---|---|---|---|---|---|---|---|---|
| Charles | Fulton | M.D. | Charles A. Fulton MD | 3763 Highway 11 West | Blountville | TN | 37617 | (423) 279-3860 |
| Mack | Hicks | M.D. | 3763 Highway 11W | | Blountville | TN | 37617 | (423) 279-3860 |
| Kevin | Catney | M.D. | Recovery Associates | 1627 Highway 11 West | Bristol | TN | 37620 | (423) 274-0100 |
| John | Barrowclough | M.D | Appalachian Recovery Care, PLLC | 2726 West State Street | Bristol | TN | 37620 | (423) 758-6744 |
| Michael | Lady | | Pathway Medical Group | 113 Landmark Lane, Suite A | Bristol | TN | 37620 | (423) 573-7284 |
| Shawn | Nelson | M.D. | 3183 West State Street | Suite 1201 | Bristol | TN | 37620 | (423) 764-0987 |
| Matthew | Gangwer | M.D. | 1895 Highway 126 | | Bristol | TN | 37620 | (423) 232-0222 |
| Stephen | Wayne | M.D. | 3183 West State Street | Suite 1201 | Bristol | TN | 37620 | (423) 764-0987 |
| Joseph | Radawi | M.D. | Appalachian Recovery Care, PLLC | 2726 West State Street | Bristol | TN | 37620 | (423) 758-6744 |
| Marianne | Filka | M.D. | Pathway Medical Group | 113 Landmark Lane, Suite A | Bristol | TN | 37620 | (423) 573-7284 |
| Gary | Neal | M.D. | 260 Midway Medical Park | Suite 2G | Bristol | TN | 37620 | (423) 968-4444 |
| John | Bandeian | M.D. | 3169 West State Street | | Bristol | TN | 37620 | (423) 968-3891 |
| Charles | Wagner | M.D. | 337 Bluff City Highway | Bradley Building Ste 101 | Bristol | TN | 37620 | (423) 956-5028 |
| Borzou | Azima | M.D. | 1627 Highway 11 W | | Bristol | TN | 37620 | (423) 274-0100 |
| Linden | Fernando | | 2726 West State Street | | Bristol | TN | 37620 | (423) 758-6744 |
| Robert | Grindstaff | M.D. | Pathway Medical Group, Inc. | 113 Landmark Lane Suite A | Bristol | TN | 37620 | (423) 573-7284 |
| Douglas | Williams | M.D. | FirStep | 3183 West State Street, Suite 1201 | Bristol | TN | 37620 | (423) 764-2165 |
| Earl | Wilson | M.D. | 3183 West State Street | Suite 1201 | Bristol | TN | 37620 | (423) 764-0987 |
| Steven | Morgan | M.D. | 3183 West State Street | Suite 1201 | Bristol | TN | 37620 | (423) 764-0987 |
| Pyung | Suh | M.D. | 1729 Lynn Garden Drive | | Kingsport | TN | 37660 | (423) 288-0223 |
| Dana | Brown | | 208 Lynn Garden Drive | | Kingsport | TN | 37660 | (423) 247-8811 |
| Atif | Rasheed | M.D. | 1076 Rotherwood Drive | | Kingsport | TN | 37660 | (423) 963-4955 |
| Jonathan | Wireman | M.D. | 1901 Brookside Drive | Suite 101 | Kingsport | TN | 37660 | (866) 755-4258 |
| Bryan | Wood | M.D. | 1901 Brookside Drive | Suite 101 | Kingsport | TN | 37660 | (866) 755-4258 |
| John | Tasker | M.D. | 1303 East Center Street | | Kingsport | TN | 37660 | (423) 384-2820 |
| Arthur | Boyd | M.D. | 1901 Brookside Drive | Suite 101 | Kingsport | TN | 37660 | (866) 755-4258 |
| Peter | Bockhorst | M.D. | 201 Cassel Drive | | Kingsport | TN | 37660 | (423) 245-9600 |
| Michael | Martin | M.D. | 1936 Brookside Drive | Suite C | Kingsport | TN | 37660 | (423) 384-4026 |
| Sachdev | Somiah | M.D. | 1944 Brookside Drive | Suite 1 | Kingsport | TN | 37660 | (423) 245-2406 |
| Daniel | Dickerson | M.D. | 1901 Brookside Dr. Ste 101 | | Kingsport | TN | 37660 | (866) 755-4258 |
| Randall | Falconer | M.D. | Recovery Assist LLC | 1728 North Eastman Road | Kingsport | TN | 37660 | (423) 765-0089 |
| Charles | Herrin | M.D. | 2300 Pavilion Drive | | Kingsport | TN | 37660 | (423) 857-5571 |
| Jonathan | Lewis | M.D. | 4600 Fort Henry Drive | | Kingsport | TN | 37663 | (423) 224-3950 |
| David | Merrifield | Jr., M.D. | Family Recovery Associates | 1729 Lynn Garden Drive | Kingsport | TN | 37665 | (423) 288-0223 |
| Bendik | Clark | M.D. | 1729 Lynn Garden Drive | | Kingsport | TN | 37665 | (423) 288-0223 |
| Nicholas | Smith | M.D. | 124 Gray Station Road | Suite 1 | Gray | TN | 37615 | (423) 477-0600 |
| Bruce | Boggs | M.D. | 203 Gray Commons Circle | | Gray | TN | 37615 | (423) 477-0600 |
| Stephen | Cirelli | M.D. | Watauga Medical Care | 501 East Watauga Avenue | Johnson City | TN | 37601 | (423) 722-8446 |
| Stephen | Loyd | M.D. | 205 High Point Drive | | Johnson City | TN | 37601 | (423) 631-0732 |
| Laura | Grobovsky | M.D. | 501 East Watauga Avenue | | Johnson City | TN | 37601 | (423) 722-8446 |
| Christine | Carrejo | M.D. | Watauga Family Practice | 501 East Watauga Avenue | Johnson City | TN | 37601 | (423) 722-8446 |
| Cynthia | Partain | M.D. | 401 East Main Street | | Johnson City | TN | 37601 | (423) 929-2584 |
| Matthew | Gangwer | M.D. | 401 East Main Street | Suite 3 | Johnson City | TN | 37601 | (706) 244-1390 |
| David | Forester | M.D. | 209 East Unaka Avenue | | Johnson City | TN | 37601 | (423) 434-4677 |
| Michael | Wysor | M.D. | Medical Care Walk In Clinic | 105 Broyles Drive, Suite B | Johnson City | TN | 37601 | (423) 722-4000 |
| Stephen | Cirelli | M.D. | Medical Care Clinic | 105 Broyles Drive | Johnson City | TN | 37601 | (423) 722-4000 |
| Edward | Crutchfield | M.D. | 105 Broyles Street | | Johnson City | TN | 37601 | (423) 946-3199 |
| Jose | Lopez-Romero | | 100 Unaka Avenue | Suite 4 | Johnson City | TN | 37601 | (423) 928-1393 |
| Aubrey | McElroy | Jr. | 3201 Bristol Highway | Suite 4 | Johnson City | TN | 37601 | (473) 262-8132 |
| Wayne | Gilbert | M.D. | Watauga Family Practice | 501 East Watauga Ave. | Johnson City | TN | 37601 | (423) 722-8446 |
| Jack | Norden | M.D. | 2406 Susannah Street | | Johnson City | TN | 37601 | (423) 262-8633 |
| Martin | Eason | M.D. | 3114 Browns Mill Road | | Johnson City | TN | 37604 | (423) 631-0432 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jason | Della Vecchia | M.D. | Better Body Medicine | 600 North State Of Franklin Road | Johnson City | TN | 37604 | (423) 232-5295 |
| Chambless | Johnston | III, M.D. | 600 North State of Franklin Road | Suite 5 | Johnson City | TN | 37604 | (423) 232-5295 |
| William | Kyle | D.O. | 3114 Brownsmill Road | | Johnson City | TN | 37604 | (423) 631-0272 |
| Tracy | Goen | M.D. | 3114 Browns Mill Road | | Johnson City | TN | 37604 | (423) 631-0432 |
| James | Denham | M.D. | 1747 Skyline Drive | Unit 25 | Johnson City | TN | 37604 | (901) 210-5079 |
| Ray | Mettetal | Jr., M.D. | 4113 Browns Mill Road | | Johnson City | TN | 37604 | (423) 631-0432 |
| LeRoy | Osborne | D.O. | Morgan Counseling & Accociates | 214 West Unaka Avenue | Johnson City | TN | 37604 | (423) 676-9015 |
| Navneet | Gupta | M.D. | 101 Med Tech Parkway | Suite 200 | Johnson City | TN | 37604 | (423) 232-6120 |
| Ralph | Reach | | 3114 Browns Mill Road | | Johnson City | TN | 37604 | (423) 631-0432 |
| William | Walker | M.D. | 206 West Holston Avenue | | Johnson City | TN | 37604 | (423) 612-1950 |
| Michael | Tino | M.D. | Doctors Assisted Wellness | 100 West Unaka Avenue, Suite #3,4,5 | Johnson City | TN | 37604 | (423) 928-1393 |
| Charles | Backus | iii | Morgan Counseling Services | 412 West Unaka Street | Johnson City | TN | 37604 | (423) 833-5547 |
| John | Miller | M.D. | 811 Wedgewood Road | | Johnson City | TN | 37604 | (423) 282-5381 |
| Hetal | Brahmbhatt | M.D. | 500 Longview Drive | | Johnson City | TN | 37604 | (423) 975-5444 |
| Jack | Woodside | Jr., M.D. | 917 West Walnut Street | | Johnson City | TN | 37604 | (423) 439-6464 |
| Robert | Reeves | M.D. | 926 West Oakland Avenue | Suite 222 | Johnson City | TN | 37604 | (423) 282-3379 |
| Edgar | Ongtengco | M.D. | 2514 Wesley Street | Suite 101 | Johnson City | TN | 37604 | (423) 833-5547 |
| Juan | Rodriguez | M.D. | Mental Health Clinic, Dept. of Psychiatr | P.O. Box 4000, La Mont Street | Mountain Home | TN | 37684 | (423) 926-1171x7703 |
| David | Forester | M.D. | James H. Quillen VA Medical Center | P.O. Box 4000 116A | Mountain Home | TN | 37684 | (423) 926-1171x7150 |
| Donald | Henson | Jr. M.D. | James H. Quillon VA Medical Center | Dept. of Psych., 116-A, P.O. Box 4000 | Mountain Home | TN | 37684 | (423) 926-1171x2765 |
| Tony | Yost | M.D. | 184 Tamara Lane | | Greeneville | TN | 37743 | (423) 422-2126 |
| Elliott | Smith | Jr. | 1406 Tusculum Boulevard | Suite 2003 | Greeneville | TN | 37745 | (423) 636-0050 |
| George | Kehler | II | 65 Payne Road | | Mosheim | TN | 37818 | (423) 422-2126 |
| John | Shaw | M.D. | Recovery Associates of East Tennessee | 65 Payne Road | Mosheim | TN | 37818 | (423) 422-2126 |
| Robert | Locklear | M.D. | 68 Railroad Street | | Mosheim | TN | 37818 | (423) 450-0071 |
| Kevin | Catney | M.D. | Recovery Associates | 65 Payne Road | Mosheim | TN | 37818 | (423) 422-2126 |
| Paul | Jett | M.D. | 420 West Morris Boulevard | Suite 130 | Morristown | TN | 37813 | (423) 586-9796 |
| Dennis | Harris | M.D. | 420 West Morris Boulevard | Suite 130 | Morristown | TN | 37813 | (423) 587-9796 |
| Devon | Smith | M.D. | 1621 West Morris Boulevard | Suite A | Morristown | TN | 37813 | (423) 307-8088 |
| Michael | Chavin | M.D. | 1639 West Morris Boulevard | | Morristown | TN | 37814 | (423) 586-0341 |
| Daniel | Paul | M.D. | 138 Industrial Drive South | | Elizabethton | TN | 37643 | (423) 542-7007 |
| Edgar | Perry | M.D. | 401 HudsonDrive | Suite # 3 | Elizabethton | TN | 37643 | (423) 543-2721 |
| Scott | Caudle | | 1503 West Elk Avenue | Suite 1 | Elizabethton | TN | 37643 | (423) 543-8619 |
| Todd | Whitaker | M.D. | 3614 Unicoi Drive | | Unicoi | TN | 37692 | (423) 743-7151 |

Treatment Programs offering Buprenorphine Treatment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Indian Path Medical Center | | | 2300 Pavilion Drive | | Kingsport | TN | 37660 | (423) 857-7000 |

# ATTACHMENT B3 A

# PLOT PLAN

91

**Washington County - Parcel: 038B B 006.00**



Date Created: 3/18/2013

1. Parcel size: 1.66 acres
2. Building size: 8,208 square feet
3. All construction will be inside the four exterior walls of the building.
4. Names of streets, roads or highway that cross or border the site: Wesley Court

complete and ready for occupancy except for minor and incidental unpacking and assembly operations, location on jacks or other temporary or permanent foundations, connections to utilities, and the like. The following shall not be included in this definition:

A.  Travel trailers, pickup campers, motor homes, camping trailers, or other recreational vehicles.

B.  Manufactured modular housing which is designed to be set on a permanent foundation, and which meets the Standard Building Code Congress International.

MANUFACTURED HOME PARK: A parcel or tract of land under single ownership which has been planned and improved for the placement of manufactured homes for dwelling purposes; provided that all manufactured home parks existing at the time of passage of this Code not meeting the minimum requirements established in Article VI, Section 6.11, shall be considered a nonconforming use, and further provided that one manufactured home on a separate lot, shall not be considered a nonconforming manufactured home park.

MAP: The Flood Hazard Boundary Map (FHBM) or the Flood Insurance Rate Map (FIRM) for a community issued by the Agency.

MEAN SEA LEVEL: The average height of the sea for all stages of the tide. It is used as a reference for establishing various elevations within the floodplain. For purposes of the Floodplain Regulations, the term is synonymous with National Geodetic Vertical Datum (NGVD) or other datum, to which base flood elevations shown on the Flood Insurance Rate Map are referenced.

MEDICAL CLINIC: Medical services for out-patients only.

METHADONE TREATMENT CLINIC: A licensed facility for the counseling of patients and the distribution of methadone for outpatient, non-residential purposes only.

MOUNTING HEIGHT: The vertical distance between the surface to be lighted and the center of the apparent light source of a luminaire.

NATIONAL GEODETIC VERTICAL DATUM (NGVD): As corrected in 1929, is a vertical control used as a reference for establishing varying elevations within the floodplain.

**6.13 - MS-1 MEDICAL SERVICES DISTRICT**

6.13.1    INTENT:
This district is intended to provide space for the harmonious development of medical facilities, services, and related support uses. The Medical Services District is intended to be protected from encroachment by land uses adverse to the location, operation, and expansion of medical use development.

6.13.2    PERMITTED USES:
Within the MS-1 Medical Services District the following uses are permitted:

6.13.2.1    Apothecaries, drug stores, and pharmacies;

6.13.2.2    Artificial limb and brace, therapeutic establishments, including the manufacturing, wholesale, and retail sales of products;

6.13.2.3    Banks;

6.13.2.4    Barber and beauty shops;

6.13.2.5    Bookstores including card and gift shops;

6.13.2.6    Churches, including parish houses;

6.13.2.7    Clinics;

6.13.2.8    Day-care centers and adult day-care centers;

6.13.2.9    Florist shops;

6.13.2.10    General office uses and office buildings, including professional and governmental;

6.13.2.11    Group homes, subject to the requirements of Subsection 6.8.2.3;

6.13.2.12    Hospitals for the treatment of human ailments, including psychiatric hospitals;

6.13.2.13    Laboratories - medical, dental, optical, pharmaceutical and related;

6.13.2.14    Medical, surgical, and dental supply businesses, both wholesale and retail;

6.13.2.15    Municipal, county, state or federal buildings or land uses;

6.13.2.16   Motels and hotels;

6.13.2.17   Nursing homes, rest homes, and convalescent homes;

6.13.2.18   Parking garages;

6.13.2.19   Public utility stations;

6.13.2.20   Residential homes for the aged, subject to the requirements of Subsection 6.6.1.5;

6.13.2.21   Restaurants, including drive-in services;

6.13.2.22   Retail sales and service establishments pertaining to any medically oriented product or service;

6.13.2.23   Schools;

6.13.2.24   Single-family residences;

6.13.2.25   Accessory structures and uses, provided they are located in the rear yard and set back a minimum of seven and one-half (7 ½) feet from all property lines;

6.13.2.26   Alternative tower structures; and

6.13.2.27   Heliports subject to compliance with the most recent edition of Federal Aviation Administration Circular 150/5390-2A.

6.13.2.28   Beer serving/sales establishments

6.13.3   USES PERMITTED BY APPROVAL AS SPECIAL EXCEPTION:
The following uses are permitted when approved by the Board of Zoning Appeals as Special Exceptions as provided by Section 15.4:

6.13.3.1   Mortuary establishments, provided such establishments will not cause undue traffic congestion or create a traffic hazard;

6.13.3.2   Gasoline service stations, provided:
A.   Service stations' principal and accessory buildings shall not be constructed closer than forty (40) feet to any side or rear lot line nor closer than forty-five (45) feet to any street right-of-way;

B.  Gasoline pump islands shall not be located closer than thirty (30) feet to any street right-of-way line nor closer than forty (40) feet to any side or rear lot line which abuts an RO-1 or more restrictive zone but which does not abut a street right-of-way; and

C.  Canopies shall not be constructed closer than thirty (30) feet from any street right-of-way. (Since the Code states that variances may only be given when special conditions prevent the beneficial use of land, if a gasoline station may be constructed on a lot, the land has resulted in beneficial use; and, therefore, no waiver may be given permitting the canopy to extend closer than thirty (30) feet to the street right-of-way.)

6.13.3.3   Tower Structures.

6.13.3.4   Methadone Treatment Clinic provided:

A.  The facility shall be fully licensed/certified by the appropriate regulating state agency;

B.  A certificate of need shall be obtained from the appropriate state agency prior to review by the Board of Zoning Appeals;

C.  The facility shall not be located within two hundred (200) feet of a school, day-care facility, or park as measured from property line to property line;

D.  The facility shall not be located within two hundred (200) feet of any establishment that sells either on-premise or off-premise alcoholic beverages as measured from property line to property line;

E.  The hours of operation shall be between 7:00 a.m. and 8:00 p.m.; and

F.  The facility shall be located on and primary access shall be from an arterial street.

6.13.3.5   Substance Abuse Treatment Facility provided:

A.  The facility shall be fully licensed/certified by the appropriate regulating state agency, if required;

Attachment B4 – Referral Services

| Service | Provider | Location | Subcontract or Referral? |
|---------|----------|----------|--------------------------|
| Psychiatry | Grace Pointe Counseling Center: Sullivan Rodney PhD | 2 Redbush Ct, Johnson City, TN 37601 | Referral |
| Comprehensive Medical Services | Johnson City Medical Center | 400 N State of Franklin Rd, Johnson City, TN 37604 | Referral |
| Vocational Placement | Tennessee Career Center | 2515 Wesley Street Johnson City, TN 37601 | Referral |
| Educational GED Assistance | Tennessee Career Center | 2515 Wesley Street Johnson City, TN 37601 | Referral |
| Family Planning | Agape Women's Services | 817 W Walnut St Ste 5A, Johnson City, TN 37604 | Referral |
| STD Testing | Express Testing | 402 Princeton Rd Suite B Johnson City, TN 37601 | Referral |
| Financial Counseling | Greater Eastern Credit Union | 2110 W Mountcastle Dr, Johnson City, TN 37604 | Referral |

ATTACHMENT C, NEED, 1a

2008 Tennessee Department of Mental Health

NRMTF Central Registry Data

~~108A~~

110A

TDMHDD METHADONE REGISTRY

CONSUMERS BY COUNTY OF RESIDENCE AND CLINIC CY2008

Patients served 01/01/2008 through 12/31/2008

4/27/2009

98

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associates | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Anderson | | | 72 | | 74 | 81 | 2 | | 1 | |
| Bedford | 4 | 1 | 5 | | | | 1 | | | |
| Benton | 1 | | | 1 | | | 31 | | | |
| Bledsoe | | | 6 | | | | | | | |
| Blount | | | 88 | | 62 | 68 | | | | |
| Bradley | 1 | | 95 | | | 1 | 1 | | | |
| Campbell | | | 66 | | 77 | 78 | | | | |
| Cannon | 1 | | | | | | | | | |
| Carroll | 1 | | | 1 | | | 24 | | | |
| Carter | | | 4 | | 2 | 1 | | | | |
| Cheatham | 75 | | | | | | | | 2 | |
| Chester | | | | 4 | | | 42 | | 2 | |
| Claiborne | | | 20 | | 31 | 43 | | | | |
| Clay | 3 | | 2 | | | 2 | | | | |
| Cocke | | | 1 | | 10 | 12 | | | | |
| Coffee | 13 | | 13 | | | | 1 | | | |
| Crockett | | 2 | | | | | 9 | | 1 | |

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

Case 2:13-cv-00305-JRG-MCLC Document 45-2 Filed 08/28/13 Page 49 of 60 PageID #: 99 of 336
2552
V:\Crystal Reports\Methadone Registry\Consumers Served by County of Residence.rpt
Page 1 of 6

**TDMHDD METHADONE REGISTRY**

CONSUMERS BY COUNTY OF RESIDENCE AND CLINIC

Patients served 01/01/2008 through 12/31/2008    4/27/2009

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associates | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Cumberland | 1 | | 12 | | | 1 | | | | |
| Davidson | 694 | | 9 | | | 1 | 6 | | | |
| Decatur | 1 | | | 5 | | | 6 | | | |
| DeKalb | 19 | | | | | | | | | |
| Dickson | 31 | | 1 | | | | 2 | | | |
| Dyer | | 87 | | | | | 62 | 3 | 3 | 1 |
| Fayette | 1 | 1 | 1 | | | | 2 | 8 | 6 | 6 |
| Fentress | 6 | | 6 | | | | | | | |
| Franklin | 1 | | 2 | | | 2 | | | | |
| Gibson | | 2 | | | 1 | | 25 | | | |
| Giles | 1 | | | | | | | | | |
| Grainger | | | 24 | | 24 | 47 | | | | |
| Greene | | | | | 2 | 8 | | | | |
| Grundy | | | 2 | | | | | | | |
| Hamblen | | | 14 | | 38 | 31 | | | | |
| Hamilton | 6 | | 382 | | 1 | 4 | | | | |
| Hancock | | | | | 17 | 2 | | | | |
| Hardeman | | | 1 | 1 | | | 19 | 2 | 3 | |

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

Case 2:13-cv-00305-JRG-MCLC   Document 45-2   Filed 08/28/13   Page 50 of 60   PageID #: 2553   100 of 336

108C
11OC

SUPPLEMENTAL #
March 25, 2013
12:15pm

100

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associates | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Hardin | | | | 254 | | | 29 | 1 | | 2 |
| Hawkins | 1 | | 2 | | 5 | 15 | | | | |
| Haywood | | | | | | | 3 | | 1 | 2 |
| Henderson | | | | 5 | | | 16 | | | |
| Henry | 2 | | | | | | 42 | | | |
| Hickman | 51 | | | 1 | | | 4 | | 2 | |
| Houston | 1 | | | | | | 1 | | | |
| Humphreys | 11 | | | | | | 6 | 1 | | |
| Jackson | 10 | | 1 | | | | | | | |
| Jefferson | | | 34 | | 47 | 39 | | | 1 | 1 |
| Johnson | 1 | | | | 1 | | | | | |
| Knox | 6 | | 246 | | 433 | 383 | 1 | | 2 | |
| Lake | 1 | 45 | | | | | 55 | | 1 | |
| Lauderdale | | 3 | | | | | 6 | | | 4 |
| Lawrence | 3 | | | 1 | | | | | | |
| Lewis | 15 | | | 1 | | | | | | |
| Lincoln | 1 | | | | | | | | | |
| Loudon | 1 | | 86 | | 15 | 21 | | | | |

108D
11 CD

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

Case 2:13-cv-00305-JRG-MCLC   Document 45-2   Filed 08/28/13   Page 51 of 60   PageID #:   101 of 336

2554

\\\Crystal Reports\Methadone Registry\Consumers Served by County of Residence.rpt

SUPPLEMENTAL #1
March 25, 2013
12:15pm
101
108E
1107

## TOMHDD METHADONE REGISTRY
### CONSUMERS BY COUNTY OF RESIDENCE AND CLINIC

Patients served 01/01/2008 through 12/31/2008                    4/27/2009

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associate | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Macon | 7 | | 1 | | | | | | | |
| Madison | 1 | 3 | | 3 | 1 | | 184 | 1 | 2 | 2 |
| Marion | | | 24 | | | | | | | |
| Marshall | 11 | | 1 | | | | | 1 | | |
| Maury | 42 | | 1 | | | 1 | | | | |
| McMinn | | | 69 | | 3 | | | | | |
| McNairy | 1 | | | 116 | | | | 57 | 1 | |
| Meigs | | | 22 | | | 1 | | | | |
| Monroe | | | 32 | | 2 | 2 | | | | |
| Montgomery | 22 | | 1 | | | 1 | | | | |
| Morgan | | | 21 | | 10 | 11 | | | | |
| Obion | 1 | 62 | | | | | | 71 | | 2 |
| OUT OF ST. | 164 | 9 | 236 | 125 | 28 | 29 | 44 | 175 | 287 | 66 |
| Overton | 18 | | 24 | | | | | 1 | | |
| Perry | | | 1 | 2 | | | | 1 | | |
| Pickett | 1 | | 7 | | | | | | | |
| Polk | | | 11 | | | 1 | | | | |
| Putnam | 23 | | 24 | | | | | | | |

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

**TDMHDD METHADONE REGISTRY**

**CONSUMERS BY COUNTY OF RESIDENCE AND CLINIC**

Patients served 01/01/2008 through 12/31/2008

4/27/2009

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associates | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Rhea | | | 25 | | | | | | | |
| Roane | 2 | | 121 | | 20 | 10 | 2 | | | |
| Robertson | 23 | 1 | | | | | 1 | | | |
| Rutherford | 145 | | | 1 | | 1 | 3 | | | |
| Scott | | | 7 | | 3 | 7 | | | | |
| Sequatchie | | | 8 | | | | | | | |
| Sevier | 2 | | 50 | | 101 | 83 | | | | |
| Shelby | 4 | 2 | | 2 | | 1 | 6 | 202 | 388 | 220 |
| Smith | 28 | | | | | | | 1 | | |
| Stewart | 2 | | | | | | | | | |
| Sullivan | | | 1 | | 10 | 8 | | | | |
| Sumner | 96 | | 1 | | | | | | | |
| Tipton | | 1 | | 1 | | | 2 | 5 | 22 | 18 |
| Trousdale | 2 | | | | | | | | | |
| Unicoi | | | 1 | | | 1 | | | 1 | |
| Union | | | 15 | | 27 | 22 | | | | |
| UNKNOWN | 18 | 2 | 35 | 9 | 13 | 13 | 11 | 6 | 16 | 2 |
| Van Buren | | | 4 | | | | | | | |

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

Case 2:13-cv-00305-JRG-MCLC   Document 45-2   Filed 08/28/13   Page 53 of 60   PageID #:   103 of 336
2556
V:\Crystal Reports\Methadone Registry\Consumers Served by County of Residence.rpt
Page 5 of 6

Patients served 01/01/2008 through 12/31/2008                                   4/27/2009

| | Davidson Co. Middle Tennessee Treatment | Dyer Co. Midsouth Treatment Center | Hamilton Co. Volunteer Treatment Center, Inc. | Hardin Co. Solutions of Savannah | Knox Co. DRD Knoxville Medical Clinic | Knox Co. DRD Knoxville Medical Clinic - Central | Madison Co. Jackson Professional Associates | Shelby Co. ADC Recovery and Counseling | Shelby Co. Memphis Center for Research and | Shelby Co. Raleigh Professional Associates |
|---|---|---|---|---|---|---|---|---|---|---|
| Warren | 4 | | 11 | | | | | | | |
| Washington | | | | | 4 | 2 | | | | |
| Wayne | 1 | | | 11 | | | | | | |
| Weakley | | 1 | | | | 1 | 14 | | | |
| White | 5 | | 13 | | | | | | | |
| Williamson | 100 | 2 | | | | | | 2 | | |
| Wilson | 102 | | 1 | | | 2 | | | | 1 |
| | | | | | | | | | | |
| Total | 1,789 | 224 | 1,963 | 545 | 1,063 | 1,035 | 795 | 408 | 741 | 326 |

103

Beginning April 2008 the Tennessee Department of Mental Health and Developmental Disabilities (TDMHDD) began collecting data regarding non-residential opioid treatment facilities (Facilities) in the State of Tennessee. This data is derived from information submitted by each Facility. TDMHDD can neither guarantee nor attest to the accuracy of any data submitted by or on behalf of the Facilities.

Case 2:13-cv-00305-JRG-MCLC   Document 45-2   Filed 08/28/13   Page 54 of 60   PageID #:   104 of 336
2557
Page 6 of 6
V:\Crystal Reports\Methadone Registry\Consumers Served by County of Residence.rpt

145 Enterprise Drive, Unit A
Cumming, GA 30040
678-300-6227

104

**SUPPLEMENTAL- # 1**
**Attachment C, Economic Feasibility** March 25, 2013
**(Construction Cost Estimate)** 12:15pm

Budgetary Project Estimate for Tri-Cities Holdings, LLC
5 Wesley Court
Johnson City, TN                                    February 28, 2013

To:
Tri-City Holdings, LLC
c./o Steve Kester
6555 Sugarloaf Parkway
Duluth, GA 30097

Per your request, we have developed a budgetary estimate to renovate the property
at 4 Wesley Court, Johnson City, TN.

The work to be done includes:

- Demolition of unused walls

- Build-out offices from existing walls

- Reconfigure HVAC

- Plumbing to exam room

- Add electrical and low voltage to offices

- Build 4 dosing windows

- Build payment window/check-in station

- Add 2 new offices

- Painting

- Travel and project management

All of our work will be permitted and done in conformance with local, State and
Federal construction codes, standards and requirements, including the Americans
With Disabilities Act. Specifically, we are aware of, and will conform to the latest
American Institute of Architects Guidelines for Design and Construction of Hospitals
and Health Care Facilities.

145 Enterprise Drive, Unit A
Cumming, GA 30040
678-300-6227

105

**SUPPLEMENTAL- # 1**
March 25, 2013
12:15pm

Total square footage affected: 8,000

Cost basis: $15-$20/square foot

Estimate: $120,000 - $160,000

This is NOT a firm quote. It is an budgetary estimate based upon similar work at comparable clinics.

Please call to schedule a detailed walk-through and firm quote.

Signed,

Robert Burke
President

# Attachment C.

# Economic Feasibility.10.

Facsimile



**Maxim Group LLC**
99 Sunnyside Blvd Ext.
Woodbury, NY 11797
Telephone (516) 393-8300
Facsimile (516) 364-1310
Website www.maximgrp.com

**To**     Steve Kester

**Company**

**Fax No**     404-537-3780

**From**     Michael Fenton

**Date**     March 27, 2013

**No of Pages**     2
(including cover)

**Re**     Account Balance

**Message:**

Please see attached.
Your Balances as of March 27, 2013

**Name of IP: MICHAEL FENTON - (KESTER LP) - Number 1 - Balances - Customer view (Delayed)**

| Key Values | As of 03/27/2013 |
|---|---|
| Long Market Value[1]: | $788,250.41 |
| Short Market Value: | $0.00 |
| Securities Owed[2]: | $0.00 |
| Cash Mgmt Balance: | $0.00 |
| Cash: | $762,888.60 |
| Net Worth: | $1,551,139.01 |
| Total Annuity Value[3]: | $0.00 |
| Total Account Value: | $1,551,139.01 |
| Debit Interest Rate: | $0.00 |

| Funds Available/Due | As of 03/27/2013 |
|---|---|
| Funds Available for Withdrawal: | $762,888.60 |
| Funds Available to Trade: | $762,888.60 |
| Day Trade Buying Power(as of Previous Day): | $0.00 |
| Funds Due(as of Previous Day)[4]: | $0.00 |

[1]Long Market Value does not include options, commercial paper, annuities, precious metals, alternative investments and foreign currencies.

[2]Securities Owed' is as of Previous Day.

[3]Annuity values are as of Previous Day and may fluctuate between 4:00AM (ET) and 6:00AM (ET) while data sources make updates.

[4]'Funds Due' is calculated as of the Previous Day. The Funds Due amount does not consider amounts due for purchases, sales or other transactions executed today.

Values computed based on quote data delayed per exchange agreement. NYSE and AMEX data delayed at least 15 minutes for NYSE, AMEX, NASDAQ, OTC, OTCBB and OPRA.

This report is a service from your Investment Professional, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement date and may be prepared on a different date than your statement. This report uses information from sources that Pershing believes to be reliable, but Pershing cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Investment Professional.
Prepared By (PNXMMFEN) at 03/27/2013 11:34

©NetX360, All Rights Reserved.

Steve,

Please see above, your account balance
at Maxim as of March 27, 2013

- M
MIKE FENTON, SVP
Maxim Group
212-895-3698

# Proposed Service Area



Proposed Service Area includes the counties that are those boxed above, including Sullivan, Washington, Greene, Hamblen, Carter, Hawkins, Cocke, Unicoi and Johnson. Washington, Carter, Johnson and Unicoi counties form Methadone Service Area #1, Sullivan and Hawkins county are in MSA #2, and Green, Cocke and Hamblen counties are in MSA #3.

Attachment C, Need, Item 3. Proposed Service Area

SUPPLEMENTAL- # 1
March 25, 2013
12:15pm