UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| TRI-CITIES HOLDINGS LLC, ET AL., | ) |
| PLAINTIFFS, | ) |
| v. | ) CASE NO. 3:13-cv-669 |
| | ) CHIEF JUDGE HAYNES |
| TENNESSEE HEALTH SERVICES AND DEVELOPMENT AGENCY, ET AL., | ) |
| DEFENDANTS | ) |

*ORDER*

*This motion is GRANTED pending a ruling on the motion for a change of venue.*

*[signature]*
*10-21-13*

MOTION OF DEFENDANTS TO STAY DISCOVERY

Come the defendants, pursuant to Federal Rule of Civil Procedure 26(d) and Local Rule 16.01(e)(1), and seek a stay of discovery. This Motion is supported by:

1. A Memorandum Brief.

2. Exhibit A, which is an August 30, 2013 e-mail from Attorney Sue Sheldon to other counsel.

3. Collective Exhibit B, which is an Order from Judge Greer explaining his current requirements for attorneys conferring and Form 52 of the Federal Rules of Civil Procedure.

4. The Affidavit of Tom Garland stating that a good faith attempt was made to resolve this discovery dispute prior to filing this Motion to Stay Discovery. See, LR37.01(b)(3).

5. The Affidavit of Erick Herrin addressing issues discussed in the Memorandum Brief.

Finally, the parties are in the process of finalizing a Joint Written Statement required by LR 37.01(a), and intend to file the Joint Written Statement on Monday, October 7, 2013.